UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 13-10063 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| CARLOS LOPEZ-LOPEZ, a/k/a Williams Lopez-Funes, | * | |
| Defendant. | * | |

******************************************************************

Pending before the Court is the Defendant's Petition to Enter a Plea of Guilty and Statement of Factual Basis. A hearing to take the plea was held before the Magistrate Judge on October 9, 2013, and Judge Simko issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in the Indictment which charges him with Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a). After a careful review of the file, and the time for objections having been waived,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Carlos Lopez-Lopez. a/k/a Williams Lopez-Funes, is adjudged guilty.

Dated this 28th day of October, 2013.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY:_____
DEPUTY